COULTER ET AL. *v.* ANTHONY ET AL.

No. 291.  Decided November 17, 1958.

*U. A. Gentry* for appellants.

*J. E. Gaughan* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.